# UNITED STATE BANKRUPTCY COURT
# DISTRICT OF MARYLAND

TONI ANDERSON "debtor"    RE: Case # 13-18014

## MOTION TO WITHDRAW MY BANKRUPTCY

Please withdraw my bankruptcy case.



Toni Anderson

Aka Neteira El

Petitioner/Debtor

9507 Calvert Manor Court

Ft. Washington, MD 20744

(202) 277-9115